UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JARRELL E. GODFREY, JR., ET AL | * | CIVIL ACTION NO. 3:18-CV-00887 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| FIRST AMERICAN TITLE INSURANCE COMPANY | * | MAG. JUDGE PEREZ-MONTES |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiffs' Motion to Remand [Doc. No. 14] is **DENIED**.

MONROE, Louisiana, this 19th day of February, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**